**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Chadwick Leo Cummings, | ) | Case No. 4:13-cr-158 |
| | ) | |
| Defendant. | ) | |

Defendant is presently in the Custody of the United States Marshal's Service at the Heart of American Correctional and Treatment Center in Rugby, North Dakota. On June 30, 2014, defendant filed a Motion to Amend Order Setting Conditions of Release. On July 2, 2014, the government filed a response. On July 15, 2014, the court held a conference with the parties to discuss defendant's motion. During this conference, defense counsel advised that defendant had made arrangements to participate in a chemical dependency evaluation at the New Treatment Center in Bismarck, North Dakota, on July 22, 2014.

Accordingly, pursuant to its discussion with the parties, the court **GRANTS** in part defendant's motion (Docket No. 39) and **ORDERS**:

1. Defendant shall be released to the custody his father no earlier than 9:00 a.m. on July 22, 2014, for transport to his evaluation at the New Freedom Center.

2. Should defendant be immediately admitted by the New Freedom Center into an inpatient treatment program, he shall be allowed continued release to attend, participate in, and complete the treatment program.

3. If admitted to an inpatient treatment program at the New Freedom Center, defendant

1

shall reside at the treatment facility, immediately contact the United States Probation Office in Minot to advise of his admission, report to the Pretrial Services Office as directed, and sign releases as necessary so that the Pretrial Services office can monitor her progress in the treatment program.

4. If admitted into an inpatient treatment program, defendant shall comply with all other conditions of release previously imposed by the court.

5. If admitted, and upon successful completion of the residential portion of the treatment program, defendant shall immediately report the Pretrial Services Office before any change of address is made so that the Pretrial Services Office may evaluate the appropriateness of his proposed living arrangements.

6. If, after the completion of the inpatient treatment program, the supervising Pretrial Services Officer determines that defendant is in need of placement in a residential facility, defendant shall voluntarily report to the designated facility as directed, cooperate with the facility's rules and regulations, participate in all recommended programming, and not leave the facility without prior permission of the supervising Pretrial Services Officer.

7. If, following his evaluation on July 22, 2014, defendant is not immediately admitted into an inpatient treatment program at the New Freedom Center, defendant shall surrender to the United States Marshal in Bismarck by 3:00 p.m. on July 24, 2014, In the interim, defendant shall remain in his father's custody in Bismarck. In any event, defendant shall provide the Pretrial Services office with the address at which he will be staying in Bismarck while in his father's custody.

Dated this 15th day of July, 2014.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court